IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER GREEN**                                                              **PLAINTIFF**

v.                       **CASE NO. 2:21-CV-00048-BSM**

**JESSE BAKER,** *et al.*                                                    **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 22], this case is dismissed with prejudice. Jurisdiction is retained to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 20th day of March, 2023.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE